Feb 22, 05

United States District Court
One Exchange Terrace
Providence, Rhode Island 02903

RECEIVED
FEB 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[redacted] 05 094ML

Dear Clerk

Enclosed you will find 2 copies of my Complaint and also a paper from inmates accounts showing I am indigent. I will need a waiver of summons form and a service of Complaint form so I can make copies of each. I want to proceed in forma pauperis. Thank you for taking the time to file my Complaint and respond to my letter.

Sincerely
Plaintiff Pro Se

[signature]
P.O. Box 8249
Cranston, Rhode Island 02920

(2)

Rhode Island Department of Corrections

Inmate Account History

ID#: 91073

Name: LYONS, OLIVER S

Date of birth: 1950-01-01

Location: ISC - L - 14B

Balances as of 2/18/2005:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -2,075.82 | 0.00 | -2,075.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/2004 | LEGAL COPY | LEGAL COPIES HS | 0.15 | 0.00 | 1,796.77 | 0.00 |
| 10/1/2004 | MEDICAL | VIS HSC 08-31-2004 | 3.00 | 0.00 | 1,799.77 | 0.00 |
| 10/7/2004 | LEGAL COPY | LEGAL COPIES BERNADETTE | 11.20 | 0.00 | 1,810.97 | 0.00 |
| 10/20/2004 | LEGAL COPY | LEGAL COPIES H SEC 9-04 | 3.00 | 0.00 | 1,813.97 | 0.00 |
| 10/29/2004 | LEGAL COPY | LEGAL COPIES | 192.85 | 0.00 | 2,006.82 | 0.00 |
| 11/8/2004 | MEDICAL | PRO HSC 10-21-2004 | 24.00 | 0.00 | 2,030.82 | 0.00 |
| 11/24/2004 | RESTITUTION | HSC/MATTRESS | 45.00 | 0.00 | 2,075.82 | 0.00 |

Due to computer posting the 'Balances as of 2/18/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.