United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 05 094 ML

Objection to Report And Recommendation

The Plaintiff objects to Justice Hagopians report for the following reasons. The Plaintiff states a Violation of his Due Process of law under the 14th amendment not that his conviction and/or sentence was unconstitutional. That the Defendants failed to follow their policies on the testing protecting and Preservation of evidence is why the Plaintiff is stating a violation of his constitutional rights under the 14th amendment. On page 1 Justice Hagopian stated "The State Court "incredibly found him guilty" Justice Hagopian quotes see Complaint 7, "despite the fact that the plaintiffs body fluids were not preserved as evidence. There was never any testing nor preservation of any evidence

contrary to the policies of both the State Police and D.O.C.
The Plaintiff never said the Defendants didn't preserve body fluids for to do so would be saying I was guilty.
The Defendants couldn't say they destroyed body fluids because they never tested or preserved evidence contrary to their clear written policies
Justice Hagopian you are the only person to determine there was body fluids thrown.
Justice Hagopian goes on to state Furthermore, plaintiff alleges that certain Defendants admitted testifing that they destroyed the Plaintiffs thrown body fluids.
Not did I not say this because it would be admitting to something I didn't do but the Defendants couldn't say they destroyed body fluids because there never was any testing nor preservation.
Justice Hagopian Why would I say the Defendants destroyed body fluids?

The Plaintiffs Complaint was filed because of a clear Violation of his Constitutional right viz the right to Due Process under the 14 th Amendment The Defendant was denied his right to "guaranteed access to evidence United States v Valenzuala Bernal 458 U.S. 858 1982 The Plaintiff was denied his right to exculpatory evidence Arizona v Youngblood 488 U.S. 51 1988 That the Defendants failed to follow their adopted policies and procedures of their Departments Cf Miranda v Arizona. The Plaintiff was accused of assaulting the officer on June 13 02 and all evidence was destroyed on June 17, 02 and the Plaintiff was charged on June 21, 02 The Plaintiffs Complaint is not about a valid or invalid sentence or conviction its about a clear Violation of the Plaintiff's Constitutional rights and Laws of the United

States and that the Defendants abused their State position by not following their clearly written policies and by doing so they deprived the Plaintiff to exculpatory evidence and acted under the color of State Law.

Justice Hagopian's report has both the Plaintiff and Defendants saying body fluids were destroyed. The Justice also has the Plaintiff and Defendants saying body fluids were thrown.

This was not said by the Plaintiff obviously and not by the Defendants who had to say a substance was destroyed and not preserved. The Plaintiff admitted throwing a coffee and testing and preservation would have shown this. The Plaintiff was deprived of this evidence because the Defendants acted contrary to their policies.

For all the reasons the Plaintiff States this is a valid claim Pursuant to section 42 U.S.C. 1983

The Plaintiff will enclose for the Court policy 53 B of the State Police and signed by Colonel Culhane Superintendent of the State Police and Policy 9.16 of the D.O.C. signed by Director A T Wall

The Plaintiff would like a review by the District Court and the right to appeal the District Court decision.

Plaintiff Pro Se
Oliver S Lyons
P.O. BOX 8249
Cranston, Rhode Island