UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MEMORANDUM

OLIVER LYONS

v. CA 05-094ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

On March 14, 2005, United States Magistrate Judge Hagopian issued a Report and Recommendation wherein he recommends that plaintiff's complaint be dismissed. Plaintiff has filed an objection to that recommendation. This Court has reviewed the Report and Recommendation and plaintiff's asserted grounds for his objection. The Court finds that plaintiff's objections are without merit. Further, the Court concurs with Magistrate Judge Hagopian's legal conclusions.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The complaint is DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
March 29, 2005

5