# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**OLIVER LYONS**

**v.**

**C.A. NO: 05-94ML**

**A. T. WALL, INSPECTOR RONALD LANGLOIS, DETECTIVE DOUGHERTY, CHIEF INSPECTOR ALDRICH and DETECTIVE CROCE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, A.T. Wall, Inspector Ronald Langlois, Detective Dougherty, Chief Inspector Aldrich and Detective Croce, against the plaintiff, Oliver Lyons, pursuant to the Order dated March 30, 2005 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian pursuant to Title 28 U.S.C. § 636(b)(1) DISMISSING the Complaint for failure to state a claim.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: March 30, 2005**

6